# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMANDA LOVE and WINGO SMITH, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:19-cv-02387-JPB |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable J.P. Boulee, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion on March 16, 2020, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 16th day of March, 2020.

JAMES N. HATTEN<br>
CLERK OF COURT<br><br>
By:   Jordyn Dobbins<br>
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 16, 2020
James N. Hatten
Clerk of Court

By:   s/ Jordyn Dobbins
      Deputy Clerk